# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ADAM HILL**  **PLAINTIFF**
**ADC #601559**

**V.**                     **NO. 4:23-cv-00155-KGB-ERE**

**DEXTER PAYNE,** *et al.*                     **DEFENDANTS**

## RECOMMENDED DISPOSITION

**I.     Procedures for Filing Objections:**

This Recommendation has been sent to United States District Judge Kristine G. Baker. You may file objections if you disagree with the findings or conclusions set out in the Recommendation. Objections should be specific and include the factual or legal basis for the objection.

Objections must be filed within fourteen days. If you do not object, you risk waiving the right to appeal questions of fact and Judge Baker can adopt this Recommendation without independently reviewing the record.

**II.    Discussion:**

Plaintiff Adam Hill, an Arkansas Division of Correction ("ADC") inmate, filed this civil rights lawsuit *pro se* under 42 U.S.C. § 1983. *Doc. 2*. I reviewed Mr. Hill's complaint, as required by the Prison Litigation Reform Act ("PLRA").[1] 28

---

[1] The Prison Litigation Reform Act requires federal courts to screen prisoner complaints seeking relief against a governmental entity, officer, or employee. 28 U.S.C. § 1915A(a).  The

U.S.C. § 1915A(a). Based on a review of Mr. Hill's allegations, I recommended that Mr. Hill's claims be limited to his medical deliberate indifference claims against Defendants Stringfellow, Horan, Parsons, Hoffman, Huff, Whitfield, Dukes, Pitts, Wombly, Anderson, and WellPath relating to their failure to provide him adequate dental treatment. I recommended dismissal of Mr. Hill's additional claims against the remaining Defendants. *Docs. 3, 4*. My Recommendation remains pending.

Pending before the Court is Mr. Hill's motion to voluntarily dismiss his complaint. *Doc. 31*. In his motion, Mr. Hill explains that he expects to be released from custody in 38 days and will secure legal counsel at that time.

## IV.   Conclusion:

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Hill's motion to dismiss his complaint (*Doc. 31*) be GRANTED.

2. Mr. Hill's complaint be DISMISSED, without prejudice, and all pending motions and recommendations be denied as moot.

3. The Clerk be instructed to close this case.

---

Court must dismiss a complaint or a portion thereof if the prisoner has raised claims that: (a) are legally frivolous or malicious; (b) fail to state a claim upon which relief may be granted; or (c) seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). When making this determination, the Court must accept the truth of the factual allegations contained in the complaint, and it may consider the documents attached to the complaint. *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009); *Reynolds v. Dormire*, 636 F.3d 976, 979 (8th Cir. 2011).

Dated 5 May 2023.

_____
UNITED STATES MAGISTRATE JUDGE