## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**ADAM HILL**                                                                                                          **PLAINTIFF**
**ADC #601559**

v.                              Case No. 4:23-cv-00155-KGB-ERE

**DEXTER PAYNE**, *et al.*                                                                                    **DEFENDANTS**

### ORDER

Before the Court are a Partial Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 3), plaintiff Adam Hill's motion for preliminary injunction and temporary restraining order (Dkt. No. 7), Mr. Hill's motion for second preliminary injunction and temporary restraining order (Dkt. No. 17), a Partial Recommended Disposition regarding Mr. Hill's motions for preliminary injunction and temporary restraining order submitted by Judge Ervin (Dkt. No. 24), Mr. Hill's motion to voluntarily dismiss this lawsuit at this time (Dkt. No. 31), a Recommended Disposition regarding Mr. Hill's motion to voluntarily dismiss submitted by Judge Ervin (Dkt. No. 32), and Mr. Hill's motion for copies of medical grievances (Dkt. No. 41).

First, the Court considers Mr. Hill's motion for copies of medical grievances (*Id.*). Mr. Hill represents that he has lost copies of the medical grievances he filed in this lawsuit (*Id.*). Mr. Hill requests that the Court send him copies of those grievances because they are relevant to a new lawsuit that he is about to file (*Id.*). For good cause shown, the Court directs the Clerk of Court to send Mr. Hill a copy of the docket sheet in this case and copies of the documents in docket number 2, pages 27 to 83 and 118 to 158, as well as docket number 17, pages 18 to 36. Based on the Court's review, these specific documents contain Mr. Hill's grievances, decisions regarding his grievances, affidavits, and other relevant materials. Mr. Hill may make additional requests for

copies, if he is not provided with the information he seeks through this Court's ruling on his motion for copies.  If Mr. Hill chooses to request copies of other documents, the Court directs him to include the relevant docket entries and page numbers for the particular documents he seeks.

Next, the Court considers the most recent Recommended Disposition submitted by United States Magistrate Judge Edie R. Ervin (Dkt. No. 32).  No objections have been filed to this Recommended Disposition, and the time for filing objections has passed.  After careful review, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects (*Id.*).  The Court grants Mr. Hill's motion to voluntarily dismiss his complaint (Dkt. No. 31).

Therefore, the Court denies as moot all other pending motions and Partial Recommended Dispositions (Dkt. Nos. 3, 7, 17, 24).  Mr. Hill's complaint is dismissed without prejudice (Dkt. No. 2).  The relief sought is denied.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

So ordered this 27th day of March, 2024.

Kristine G. Baker
Chief United States District Judge